# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

RANDY BRADLEY,                                                                                    PLAINTIFF
# 75170

v.                                                       4:22CV00887-JTK

MCFADDEN, et al.                                                                                  DEFENDANTS

## JUDGMENT

Based on an Order entered on this date, Plaintiff's claims are dismissed without prejudice.

An in forma pauperis appeal of that Order and this Judgment would not be taken in good faith.

Dated this 7th day of February, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE